# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00651-CV

**Lawrence Brandon Erlanson, Individually, and as Independent Executor of the Estate of Freddie Lindsay Erlanson, Appellant**

**v.**

**Teresa Erlanson, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY
### NO. 2021PC0278, THE HONORABLE CHARLES A. STEPHENS II, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

This cause was abated by opinion dated November 18, 2022, and that abatement was extended by opinion dated December 23, 2022. Appellant has filed a status report and a motion to extend the abatement until March 30, 2023 to allow Appellant to effectuate the terms of the parties' settlement. We grant the motion and extend the abatement of this appeal. By March 30, 2023, the parties shall file a motion to dismiss this appeal, a motion to continue the abatement, a status report, or other appropriate motion; otherwise, this appeal will be reinstated.

Before Chief Justice Byrne, Justices Triana and Smith

Filed: March 10, 2023

Abated on Joint Motion